## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **PRECILLA RAMOS,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No. 2013-0073 |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

**Attorneys:**
**Precilla Ramos,** *pro se*
St. Croix, U.S.V.I.
    *For the Plaintiff*

**Angela Tyson-Floyd, Esq.,**
St. Croix, U.S.V.I.
    *For the Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant United States of America's "Motion to Dismiss Petition for Return of Seized Property" (Dkt. No. 10), the entire record herein, and for reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED**.

**SO ORDERED.**

Date: March 26, 2015                      _____/s/_____
                                                         WILMA A. LEWIS
                                                         Chief Judge